## HARRIS v. MOORE.

*The action against overseer of the roads for neglect of duty, must be a qui tam action.*

*Certiorari* to Justice Brick.

Harris brought an action against Moore, under the eighth section of the road act, for neglect of his duty as overseer.

The court reversed the judgment, because Harris brought the action in his sole right, and not *qui tam*.